UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEVIN CARDOSO,<br><br>Defendant. | )<br>)<br>)<br>)  MBD No. 21-MC-91737<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States, by and through undersigned counsel, respectfully moves this Court for an order granting a continuance of the time within which an indictment must be filed, and excluding the time period from August 3, 2022, through and including October 5, 2022, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period, outweigh the best interests of the public and the defendant in a speedy trial.  The government further asks this Court to issue the attached proposed Order of Continuance and Excludable Delay.

In support of this request, the government states as follows:

1.  On December 6, 2021, defendant Kevin Cardoso made his initial appearance in the District of Massachusetts and was charged via criminal complaint, *United States v. Kevin Cardoso*, Case No. 21-MJ-2824-MBB.

2.  The parties have been engaged in ongoing discussions regarding the possible resolution of this matter that might result in a plea agreement and obviate the need for an indictment.

3.  In March 2022, the government produced initial discovery materials to the defense to assist counsel and the defendant in evaluating the case and exploring a possible resolution. In July 2022, the defendant retained new counsel in this matter, who is in the process of obtaining and reviewing the previously produced materials. The parties have been in communication and have had initial discussions regarding the possible resolution of this matter pre-indictment.

4.  The requested exclusion of time will permit defense counsel to continue reviewing discovery materials, adequately confer with the defendant, and allow the parties to further discuss and explore the terms of a possible resolution before the government is required to seek an indictment. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit and would assist the government's ongoing investigation.

5.  The parties agree that, if the requested time is excluded, the government has until October 5, 2022, to return an indictment in this case.

6.  The undersigned has consulted with counsel for the defendant, Michael Tumposky, who assents to this motion.

7.  A proposed order is attached.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  s/ *Kaitlin R. O'Donnell*
Kaitlin R. O'Donnell
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3645

Dated:  July 15, 2022

## **CERTIFICATE OF SERVICE**

      I, Kaitlin R. O'Donnell, Assistant United States Attorney, hereby certify that this document will be provided by email to counsel of record.

|  |  |
|---|---|
| Dated: July 15, 2022 | s/ *Kaitlin R. O'Donnell*<br>Kaitlin R. O'Donnell<br>Assistant United States Attorney |